No. 16,655.

SCHNAKENBERG *v.* BOETTCHER REALTY COMPANY.
(240 P. [2d] 519)

Decided January 21, 1952.

*Per Curiam.*

Judgment affirmed en banc without written opinion, Mr. Justice Knauss not participating.

Mr. DAVID H. MORRIS, Messrs. TRUSTY, PUGH & GREEN, for plaintiff in error.

Messrs. JANUARY & YEGGE, Miss MARGARET R. BATES, for defendant in error.